Lawrence P. Ebiner (CA State Bar No. 122293)
larry.ebiner@bryancave.com
Jonathan G. Fetterly (CA State Bar No. 228612)
jon.fetterly@bryancave.com
Louise Nutt (CA State Bar No. 273130)
louise.nutt@bryancave.com
**BRYAN CAVE LLP**
120 Broadway, Suite 300
Santa Monica, CA 90401
Telephone:  (310) 576-2100
Facsimile:  (310) 576-2200
Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION
dba ELAN FINANCIAL SERVICES
 (erroneously sued as "US BANK, N.A. CORPORATION
dba ELAN FINANCIAL SERVICES")

John Jahrmarkt, Esq.
**JAHRMARKT & ASSOCIATES**
2049 Century Part East, Suite 3820
Los Angeles, CA 90067
T: 310-226-7676
F: 310-226-7677
jjlawyer@mail.com
Attorneys for Plaintiff

JS-6

FILED
CLERK, U.S. DISTRICT COURT
SEPT 8, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: ____PMC____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY TOPOLEWSKI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>US BANK, N.A. CORPORATION dba ELAN FINANCIAL SERVICES and EQUIFAX INC., a Georgia Corporation<br><br>Defendants. | Case No.  CV-13-09109 SVW (JCGX)<br><br>Assigned to the Hon. Stephen V. Wilson<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>IT IS SO ORDERED.<br>DATED: September 8, 2014<br><br>_____<br>**STEPHEN V. WILSON**<br>**UNITED STATES DISTRICT JUDGE** |

Plaintiff Gary Topolewski and Defendant U.S. Bank National Association dba Elan Financial Services (each a "Party" and, collectively, the "Parties"), hereby stipulate as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the Parties jointly stipulate to the dismissal of this case in its entirety, with prejudice, with each Party to bear fully all of its own costs, expenses, and attorney's fees.

It is so stipulated.

Dated: September 5, 2014     **JAHRMARKT & ASSOCIATES**

By: */s/ John Jahrmarkt*
John Jahrmarkt, Esq.
Attorneys for Plaintiff
GARY TOPOLEWSKI

Dated: September 5, 2014     **BRYAN CAVE LLP**

By: */s/ Jonathan G. Fetterly*
Jonathan G. Fetterly
Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION dba ELAN FINANCIAL SERVICES

Dated: September 5, 2014     **NOKES & QUINN**

By: */s/ Thomas Quinn, Jr.*
Thomas Quinn, Jr.
Attorneys for Defendant
EQUIFAX

1018823.1